UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIO CABRERA,

        Plaintiff,

    v.

D. CAMPAGNA, et al.,

        Defendants.

Case No. 25-cv-10941-JD

**ORDER RE DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. The Court dismissed the complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed an amended complaint. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 22, 2026

_____

JAMES DONATO
United States District Judge