United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO CABRERA, et al.,<br>Plaintiffs,<br>v.<br>D. CAMPAGNA, et al.,<br>Defendants. | Case No. 25-cv-10941-JD<br><br>**ORDER REOPENING CASE** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend, and the case was later dismissed without prejudice after plaintiff failed to file an amended complaint. Plaintiff recently filed an amended complaint. The Clerk is requested to reopen this case, and the Court will screen the amended complaint when warranted.

**IT IS SO ORDERED.**

Dated: September 15, 2026

JAMES DONATO
United States District Judge